IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JUSTIN DAVIS                                                                               PLAINTIFF

VS.                                                        CIVIL ACTION NO. 4:13CV00126-SA-JMV

CITY OF SHELBY, MISSISSIPPI, ET AL.                                           DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated February 19, 2014, was on that date duly served upon the parties; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated February 19, 2014, is hereby approved and adopted as the opinion of the Court.

2. That Defendants' Motion for Contempt [26] is DENIED, but this action is, nevertheless, DISMISSED with prejudice for Plaintiff's failure to prosecute and obey an order of the court.

**THIS**, the 20th day of March, 2014.

/s/ Sharion Aycock
U. S. DISTRICT JUDGE